UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

# 06 CV 335   *ECF*

Conway v. City of NY, et al

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

06 Civ. 335 (BSJ)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute:* | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Settlement* | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         3/13/06

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/06