UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARNÉ CONWAY,

                Plaintiff,

      v.

THE CITY OF NEW YORK, et ano.,

                Defendants.
------------------------------------X

06 Civ. 335 (BSJ)(DFE)
~~Civ. (BSJ)~~
This is an ECF case

**CIVIL CASE MANAGEMENT PLAN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/06

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

The case ((is)) ~~(is not)~~ to be tried to a jury.

Joinder of additional parties must be accomplished by 11/22/06.

Amended pleadings may be filed until 11/22/06 ____.

Discovery:

1. First request for production of documents, if any, to be served by 12/1/06 ____.

2. Interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York to be served by 12/1/06 ____.

3. Fact depositions to be completed by 4/30/07 ____.

    a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow



party depositions.

4. Experts, if any, are to be designated by __4/30/07__ and their reports exchanged no later than __5/25/07__. Expert depositions to be completed by __6/22/07__.

5. Requests to Admit, if any, are to be served no later than __5/25/07__.

6. All discovery is to be completed by __6/29/07__. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

7. Dispositive motions are to be served and filed by __7/27/07__. Opposition papers are to be served and filed by __8/17/07__. Reply papers are to be served and filed by __8/31/07__.

8. All motions and applications shall be governed by the Court's Individual Rules of Practice.

**SO ORDERED:**

_Douglas F. Eaton_ USMJ
for **BARBARA S. JONES,**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 23, 2006